UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                           CASE NO.:        14-18335-RBR

MAUREEN E. DENCY,                                In proceedings under Chapter 13

      Debtor.
_____/

### DEBTOR'S MOTION TO WAIVE WAGE DEDUCTION ORDER

COMES NOW, the Debtor, MAUREEN E. DENCY, by and through undersigned counsel, and files this Motion to Waive the Wage Deduction Order and in support thereof and as grounds therefore states as follows:

1.     The Debtor believes that the deduction of her plan payment from her wages would jeopardize her job.

2.     The Debtor works in a highly regulated industry and works with cash and exchange and payment of cash. The debtor is a mobile payment cashier at her job and pays slot machine winnings as part of her daily duties. If a wage order is presented to her employer, the Debtor fears that her employer will get the impression that she cannot be trusted or responsible enough to handle situations that involve the handling of cash.

3.     The Debtor has been advised of the risks involved in waiving the wage deduction order but still feels a waiver is in her best interest.

WHEREFORE, the Debtor, MAUREEN E. DENCY, respectfully requests that this Honorable Court enter an Order waiving the requirement that her Chapter 13 plan payment be paid directly by her employer.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 9020-1(A).

Dated: May 27, 2014           Respectfully submitted,

**LAW OFFICE OF ADAM I. SKOLNIK, P.A.**


    */s/ Adam I. Skolnik*
ADAM I. SKOLNIK
FLORIDA BAR NO. 728081
ATTORNEY FOR DEBTOR:
    MAUREEN E. DENCY
1761 WEST HILLSBORO BOULEVARD, SUITE 201
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:     561.265.1120
FACSIMILE:     561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically via this Court's CM/ECF system upon all parties below who are currently on the CM/ECF Service List this 27th day of May, 2014.


    */s/ Adam I. Skolnik*
ADAM I. SKOLNIK

{00014948}

